**Alonzo Edward MACKEN, Appellant,**

v.

**Margaret Pauline MACKEN, Respondent.**

No. WD 32612.

Missouri Court of Appeals,
Western District.

Feb. 2, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 2, 1982.

Thomas E. Hankins, Kansas City, for appellant.

Roger Guy Burnett, Liberty, for respondent; Sevier & Burnett, Liberty, of counsel.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from temporary allowance in dissolution case.

Judgment affirmed. Rule 84.16(b).